**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Casey G. Claassen                          CHAPTER 13
       Michele L. Claassen aka Michele
L. Bonazza                                     BKY. NO. 18-23117 GLT
                 Debtor(s)

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of FREEDOM MORTGAGE CORPORATION and index same on the master mailing list.

                                    Respectfully submitted,

                         /s/ **Brian C. Nicholas**
                         Brian Nicholas
                         06 Nov 2020, 16:13:52, EST

                         Brian C. Nicholas, Esq. (317240) ☑
                         Maria D. Miksich, Esq. (319383) ☐
                         Rebecca A. Solarz, Esq. (315936) ☐
                         KML Law Group, P.C.
                         BNY Mellon Independence Center
                         701 Market Street, Suite 5000
                         Philadelphia, PA 19106
                         412-430-3594
                         bkgroup@kmllawgroup.com