# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)

| | |
|---|---|
| IN RE:<br>CASEY G. CLAASSEN<br>MICHELE L. CLAASSEN<br>AKA MICHELE L. BONAZZA<br>    Debtors | Case No. 18-23117-GLT |
| Freedom Mortgage Corporation<br>    Movant | Chapter 13<br><br>Hearing Date: 07/21/2021<br><br>Hearing Time: 10:00 am<br><br>Objection Date: 07/14/2021 |
| vs.<br>CASEY G. CLAASSEN<br>MICHELE L. CLAASSEN<br>AKA MICHELE L. BONAZZA<br>    and<br>RONDA J WINNECOUR, (TRUSTEE)<br>    Respondents | 11 U.S.C. §362 |

## CERTIFICATE OF SERVICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY

I certify under penalty of perjury that I served or caused to be served the above captioned pleading Motion for Relief from the Automatic Stay and the Notice of Hearing on the parties at the addresses shown below or on the attached list on June 24, 2021.

SERVICE BY ELECTRONIC NOTIFICATION:

BRYAN P. KEENAN, ESQUIRE
993 GREENTREE ROAD
SUITE 101
PITTSBURGH, PA 15220
KEENAN662@GMAIL.COM

RONDA J WINNECOUR
SUITE 3250, USX TOWER
600 GRANT STREET
PITTSBURGH, PA 15219
CMECF@CHAPTER13TRUSTEEWDPA.COM

U.S. TRUSTEE

OFFICE OF THE UNITED STATES TRUSTEE
LIBERTY CENTER.
1001 LIBERTY AVENUE, SUITE 970
PITTSBURGH, PA 15222
USTP.REGION03@USDOJ.GOV

SERVICE BY FIRST CLASS MAIL:

CASEY G. CLAASSEN
116 CONNEAUT DRIVE
PITTSBURGH, PA 15239

MICHELE L. CLAASSEN
AKA MICHELE L. BONAZZA
116 CONNEAUT DRIVE
PITTSBURGH, PA 15239

June 24, 2021

        */s/ Mario Hanyon*
        Mario Hanyon
        (Bar No. 203993)
        Attorney for Creditor
        BROCK & SCOTT, PLLC
        302 Fellowship Road, Ste 130
        Mount Laurel, NJ 08054
        Telephone:  844-856-6646 x4560
        Facsimile:  704-369-0760
        E-Mail:  pabkr@brockandscott.com