# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
7/22/21 8:22 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

In re:  :  Case No.: 18-23117-GLT
:  Chapter: 13
Casey G. Claassen  :
Michele L. Claassen  :
:  Date: 7/21/2021
*Debtor(s)*.  :  Time: 10:00

## PROCEEDING MEMO

**MATTER:**    # 102 - Motion for Relief from Stay filed by Freedom Mortgage Corporation
#110 - Response filed by Debtor

**APPEARANCES**:
Debtor:    Bryan P. Keenan
Trustee:    James Warmbrodt
Freedom    Mario Hanyon

**NOTES:** (10:26)

Hanyon: We filed the motion when the debtor owed $7,325 in postpetition payments and we have since received $2,461. The total postpetition amount my client is owed is $6,204.

Keenan: The delinquency arose for several reasons. He was laid off and then when he returned to work his hours were significantly reduced. We're planning on filing a CARES Act amendment.

Court: The wage order was stopped in April, the plan is now being funded through TFS?

Keenan: There's going to be a new wage order.

Court: Has the debtor wife returned to employment?

Keenan: She's back to working as a realtor and they're doing their best to keep up with things. And I think they can cover the arrears with his new wage attachment and with her income as well.

Court: There is a concern about the spotty payment history. While the equity cushion provides some protection, the plan payments need to be monitored. I will direct the debtors to file their amended plan within 14 days and a motion for wage attachment within 7 days.

**OUTCOME:**

1. Freedom Mortgage Corporation's *Motion for Relief from Stay* [Dkt. No. 102] is CONTINUED to the conciliation date on the debtors' forthcoming amended chapter 13 plan. [Text Order to Issue]

2. On or before July 28, 2021, the debtors shall file a motion for wage attachment. [Text Order to Issue]

3. On or before August 4, 2021 the debtors shall file an amended chapter 13 plan. [System Order to Issue]

**DATED:** 7/21/2021