FILED
9/10/21 12:42 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
# CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- **Debtor:** CASEY G. & MICHELE L. CLAASSEN
- **Case Number:** 18-23117-GLT    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, SEPTEMBER 09, 2021 10:00 AM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

**Matters:**

1) #119 - Amended Plan Dated 7/30/2021 (FC)
   R / M #: 119 / 0

2) #102 - Continued Motion For Relief From Stay filed by Freedom Mortgage Corp.
   #110 - Response by Debtor
   R / M #: 102 / 0

**Appearances:**    Keenan

- Debtor:
- Trustee: Winnecour / Warmbrodt / Katz / (DeSimone)
- Creditor:

**Proceedings:**    Hanyon : Freedom Mortgage

Outcome:

1. ___ Case Converted to Chapter 7
2. ___ Case Converted to Chapter 11
3. ___ Case Dismissed without Prejudice
4. ___ Case Dismissed with Prejudice
5. ___ Debtor is to inform Court within ___ days their preference to Convert or Dismiss
6. ✓ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 12-16-21 at 10:00.
8. ___ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. ___ Contested Hearing: _____ at _____.
10. ___ Other:

continue for resolution / possible withdrawal of motion for relief from stay

8/30/2021  10:53:16AM