FILED
10/5/22 9:31 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Related to Docket No. 148

| In Re: | Case No. 18-23117-GLT |
|---|---|
| **Casey Claassen** | **Chapter 13** |
| **Michele L. Claassen** | Doc. No. |
| Debtor | |
| **Casey Claassen** | |
| **Michele L. Claassen** | |
| Movant | |
| vs. | |
| **Ronda J. Winnecour, Chapter 13 Trustee** | |
| Respondent | |

### STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

❏    a motion to dismiss case or certificate of default requesting dismissal

☒    a plan modification sought by:    **Debtor**

❏    a motion to lift stay
     as to creditor    _____

❏    Other:    _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

❏    Chapter 13 Plan dated _____
☒    Amended Chapter 13 Plan dated July 30, 2021

is modified as follows:

**[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]**

- ☒ Debtor(s) Plan payments shall be changed from $3,748.00 per month to $3,948.00 effective October 2022.

- ☐ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

- ☐ Debtor(s) shall file and serve _____ on or before _____.

- ☐ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

- ☐ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

- ☒ Other: Midfirst Bank, Claim 8 shall be paid $843.63 effective October 1, 2022 in accordance with the Notice of Mortgage Payment change filed with the court on August 15, 2022.

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this 5th Day of October, 2022

_____
Chief Judge Gregory L. Taddonio
United States Bankruptcy Judge

Dated: October 4, 2022

Stipulated by:                              Stipulated by:

/s/ Bryan P. Keenan                         /s/ James C. Warmbrodt
Bryan P. Keenan                             James C. Warmbrodt
Counsel to Debtor                           Counsel to Chapter 13 Trustee

cc:   All Parties in Interest to be served by Clerk

-3-

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Casey G. Claassen  
Michele L. Claassen  
    Debtors

Case No. 18-23117-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4  
Date Rcvd: Oct 05, 2022      Form ID: pdf900      Total Noticed: 47

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Casey G. Claassen, Michele L. Claassen, 116 Conneaut Drive, Pittsburgh, PA 15239-2631 |
| 14892660 | + | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 14892730 | | Children's Express Care, PO Box 360371, Pittsburgh, PA 15251-6371 |
| 14892670 | | Collection Service Center, RE: New Ken Firemens Ambulance, 839 5th Avenue, PO Box 560, New Kensington, PA 15068-0560 |
| 14892672 | | Freedom Mortgage, PO Box 89486, Cleveland, IN 46520-9486 |
| 14892674 | + | Medexpress Billing, PO Box 719, Dellslow, WV 26531-0719 |
| 14892680 | + | West Penn Allegheny Health System, PO Box 6770, Pittsburgh, PA 15212-0770 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 05 2022 23:34:02 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 05 2022 23:34:00 | Citizens Bank N.A., One Citizens Bank Way JCA115, Johnston, RI 02919 |
| cr | | Email/Text: ECMCBKNotices@ecmc.org | Oct 05 2022 23:35:00 | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408 |
| 14892659 | + | Email/Text: bncnotifications@pheaa.org | Oct 05 2022 23:35:00 | Aes/keystone Stafford, Pob 61047, Harrisburg, PA 17106-1047 |
| 14895982 | | Email/Text: ally@ebn.phinsolutions.com | Oct 05 2022 23:34:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14892661 | + | Email/Text: ally@ebn.phinsolutions.com | Oct 05 2022 23:34:00 | Ally Financial, Attn: Bankruptcy, Po Box 130424, Roseville, MN 55113-0004 |
| 14911096 | | Email/PDF: bncnotices@becket-lee.com | Oct 05 2022 23:34:10 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14892662 | + | Email/PDF: bncnotices@becket-lee.com | Oct 05 2022 23:34:18 | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 14892663 | + | Email/Text: BarclaysBankDelaware@tsico.com | Oct 05 2022 23:35:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 14892669 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 05 2022 23:34:00 | Citizens Bank, 525 William Penn Place, Pittsburgh, PA 15219 |
| 14933564 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 05 2022 23:34:00 | Citizens Bank N.A., One Citizens Bank Way, Mailstop: JCA115, Johnston, RI 02919 |
| 14892664 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 05 2022 23:34:10 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14911631 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14920390 | | Email/PDF: bncnotices@becket-lee.com | Oct 05 2022 23:34:10 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14892667 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 05 2022 23:34:18 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14930605 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 05 2022 23:34:19 | Citibank, Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14892668 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 05 2022 23:34:03 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14895051 | | Email/Text: mrdiscen@discover.com | Oct 05 2022 23:34:19 | Citicards, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14892671 | + | Email/Text: mrdiscen@discover.com | Oct 05 2022 23:34:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14927696 | + | Email/Text: kburkley@bernsteinlaw.com | Oct 05 2022 23:34:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 15082363 | | Email/Text: ECMCBKNotices@ecmc.org | Oct 05 2022 23:35:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14925468 | + | Email/Text: Bankruptcy@Freedommortgage.com | Oct 05 2022 23:35:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 551160408 |
| 14892666 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 05 2022 23:35:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 14892673 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 05 2022 23:34:10 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14921294 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 05 2022 23:34:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 15127302 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Oct 05 2022 23:34:03 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14892675 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 05 2022 23:34:17 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 14916551 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 05 2022 23:35:00 | Mr. Cooper, Attn: Customer Relations, PO Box 619098, Dallas, TX 75261-9098 |
| 15432709 | | Email/Text: mtgbk@shellpointmtg.com | Oct 05 2022 23:35:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 14912703 | + | Email/Text: bncnotifications@pheaa.org | Oct 05 2022 23:35:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14928674 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 05 2022 23:35:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14893441 | + | Email/PDF: rmscedi@recoverycorp.com | Oct 05 2022 23:34:02 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14921562 | + | Email/Text: ebnpeoples@grblaw.com | Oct 05 2022 23:34:11 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14917447 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Oct 05 2022 23:34:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14892676 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Oct 05 2022 23:34:03 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 14892677 | | Email/Text: amieg@stcol.com | Oct 05 2022 23:34:03 | Regional Acceptance Corporation, P.O. Box 277760, Sacramento, CA 95827-7760 |
| | | | Oct 05 2022 23:34:00 | State Collection Service Inc, Re: Allegheny Health |

Case 18-23117-GLT    Doc 150    Filed 10/07/22    Entered 10/08/22 00:24:39    Desc
Imaged Certificate of Notice    Page 6 of 7

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 05, 2022 | Form ID: pdf900 | Total Noticed: 47 |

| | | | | |
|---|---|---|---|---|
| | | | | Network, 2509 S. Stoughton Rd, Madison, WI 53716 |
| 14928983 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 05 2022 23:34:10 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14892678 | + | Email/Text: BankruptcyNotice@upmc.edu | Oct 05 2022 23:35:00 | UPMC, 2 Hot Metal Street, Room 386, Pittsburgh, PA 15203-2348 |
| 14924357 | ^ | MEBN | Oct 05 2022 23:29:01 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14892679 | ^ | MEBN | Oct 05 2022 23:28:43 | Waypoint Resource Group, Re: Comcast Communications Llc, 301 Sundance Pkwy, Round Rock, TX 78681-8004 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ally Bank |
| cr | | Citizens Bank N.A. f/k/a RBS Citizens N.A., Citizens Bank NA |
| cr | | FREEDOM MORTGAGE CORPORATION |
| cr | | MidFirst Bank |
| cr | | Nationstar Mortgage LLC dba Mr. Cooper |
| cr | | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14892665 | *+ | Casey G. Claassen, 116 Conneaut Drive, Pittsburgh, PA 15239-2631 |
| 15082366 | * | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 551160408 |

TOTAL: 6 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2022           Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew L. Spivack | on behalf of Creditor FREEDOM MORTGAGE CORPORATION andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| Brian Nicholas | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bnicholas@kmllawgroup.com |
| Bryan P. Keenan | |

District/off: 0315-2  User: auto  Page 4 of 4
Date Rcvd: Oct 05, 2022  Form ID: pdf900  Total Noticed: 47

| | |
|---|---|
| | on behalf of Debtor Casey G. Claassen keenan662@gmail.com melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com |
| Bryan P. Keenan | |
| | on behalf of Joint Debtor Michele L. Claassen keenan662@gmail.com melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com |
| Christopher A. DeNardo | |
| | on behalf of Creditor Nationstar Mortgage LLC dba Mr. Cooper logsecf@logs.com |
| Jillian Nolan Snider | |
| | on behalf of Creditor Ally Bank jsnider@fbtlaw.com agilbert@fbtlaw.com,agilbert@ecf.courtdrive.com |
| Keri P. Ebeck | |
| | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Kevin Scott Frankel | |
| | on behalf of Creditor Nationstar Mortgage LLC dba Mr. Cooper pabk@logs.com logsecf@logs.com |
| Mario J. Hanyon | |
| | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Robert Davidow | |
| | on behalf of Creditor FREEDOM MORTGAGE CORPORATION robert.davidow@phelanhallinan.com |
| Ronda J. Winnecour | |
| | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | |
| | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Sherri J. Smith | |
| | on behalf of Creditor FREEDOM MORTGAGE CORPORATION ssmith@pincuslaw.com brausch@pincuslaw.com |
| Thomas Song | |
| | on behalf of Creditor FREEDOM MORTGAGE CORPORATION pawb@fedphe.com |

TOTAL: 15