## IN UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | ) | **Bankruptcy No. 18-23117-GLT** |
| **Casey G. Claassen** | ) | **Chapter 13** |
| | | |
| **Michele L. Claassen aka Michele L. Bonazza** | ) | **Doc No.** |
|     **Debtor** | ) | |
| **Casey G. Claassen** | ) | **Motion No. WO-1** |
|     **Movant** | ) | |
|         **v.** | ) | |
| **ATI** | ) | |
|     **Respondent** | ) | |

### CERTIFICATE OF SERVICE FOR COURT ORDER ON DEBTOR'S WAGE ATTACHMENT MOTION ALONG WITH NOTIFICATION OF THE DEBTOR'S SOCIAL SECURITY NUMBER

I, Bryan P. Keenan, Esquire , certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on **February 6, 2023.**

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: **first class mail and electronic notification.**

**1.) Service by Electronic Notification** –
a. **Office of the U.S. Trustee,** at ustpregion03.pi.ecf@usdoj.gov
b. **Office of the Chapter 13 Trustee**, Ronda J. Winnecour at cmecf@chapter13trusteewdpa.com

**2.) Service by First Class Mail--**
a. ATI, Attn: Payroll Manager, 100 River Road, 100 River Road, Brackenridge, PA 15014
b. Casey Claassen, 116 Conneaut Drive, Pittsburgh, PA 15239

Date: **February 6, 2023**                                    **/s/ Bryan P. Keenan**
                                                             Bryan  P. Keenan, PA ID No. 89053
                                                             Bryan  P. Keenan  & Associates P.C.
                                                             Attorney for Debtor
                                                             993 Greentree Road, Suite 101
                                                             Pittsburgh, PA 15220
                                                             (412) 922-5116
                                                             keenan662@gmail.com