FILED
2/3/23 3:59 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

Related to Docket No. 158

| In Re: | Case No. 18-23117-GLT |
|---|---|
| **Casey Claassen** | **Chapter 13** |
| **Michele L. Claassen** | Doc. No. |
| Debtor | |
| **Casey Claassen** | |
| **Michele L. Claassen** | |
| Movant | |
| vs. | |
| **Ronda J. Winnecour, Chapter 13 Trustee** | |
| Respondent | |

**STIPULATED ORDER MODIFYING PLAN**

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

❑   a motion to dismiss case or certificate of default requesting dismissal

☒   a plan modification sought by:   **Debtor**

❑   a motion to lift stay
    as to creditor _____

❑   Other: _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

❑   Chapter 13 Plan dated _____
☒   Amended Chapter 13 Plan dated **July 30, 2021**

is modified as follows:

-1-

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

- ☒ Debtor(s) Plan payments shall be changed from **$3,948.00** per month to **$4,045.00** effective **March 2023.**

- ☐ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

- ☐ Debtor(s) shall file and serve _____ on or before _____.

- ☐ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

- ☐ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

- ☒ Other: **NewRez LLC dba Shellpoint Mortgage Servicing, Claim 16 shall be paid $1,470.14 effective February 1, 2023 in accordance with the Notice of Mortgage Payment change filed with the court on January 10, 2023.**

    **IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

    **IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this  3rd Day of February, 2023

_____
Chief Judge Gregory L. Taddonio
United States Bankruptcy Judge

Dated: February 3, 2023

Stipulated by:                                              Stipulated by:

/s/_____                              /s/ Jim Warmbrodt_____
Bryan P. Keenan                                          Jim Warmbrodt
Counsel to Debtor                                       Counsel to Chapter 13 Trustee

cc:   All Parties in Interest to be served by Clerk

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-23117-GLT |
| Casey G. Claassen | Chapter 13 |
| Michele L. Claassen | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Feb 06, 2023 | Form ID: pdf900 | Total Noticed: 47 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Casey G. Claassen, Michele L. Claassen, 116 Conneaut Drive, Pittsburgh, PA 15239-2631 |
| 14892660 | + | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 14892730 | | Children's Express Care, PO Box 360371, Pittsburgh, PA 15251-6371 |
| 14892670 | | Collection Service Center, RE: New Ken Firemens Ambulance, 839 5th Avenue, PO Box 560, New Kensington, PA 15068-0560 |
| 14892672 | | Freedom Mortgage, PO Box 89486, Cleveland, IN 46520-9486 |
| 14892674 | + | Medexpress Billing, PO Box 719, Dellslow, WV 26531-0719 |
| 14892680 | + | West Penn Allegheny Health System, PO Box 6770, Pittsburgh, PA 15212-0770 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 06 2023 23:55:17 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 06 2023 23:39:00 | Citizens Bank N.A., One Citizens Bank Way JCA115, Johnston, RI 02919 |
| cr | | Email/Text: ECMCBKNotices@ecmc.org | Feb 06 2023 23:40:00 | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408 |
| 14892659 | + | Email/Text: bncnotifications@pheaa.org | Feb 06 2023 23:40:00 | Aes/keystone Stafford, Pob 61047, Harrisburg, PA 17106-1047 |
| 14895982 | | Email/Text: ally@ebn.phinsolutions.com | Feb 06 2023 23:39:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14892661 | + | Email/Text: ally@ebn.phinsolutions.com | Feb 06 2023 23:39:00 | Ally Financial, Attn: Bankruptcy, Po Box 130424, Roseville, MN 55113-0004 |
| 14911096 | | Email/PDF: bncnotices@becket-lee.com | Feb 06 2023 23:55:14 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14892662 | + | Email/PDF: bncnotices@becket-lee.com | Feb 06 2023 23:55:19 | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 14892663 | + | Email/Text: BarclaysBankDelaware@tsico.com | Feb 06 2023 23:40:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 14892669 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 06 2023 23:39:00 | Citizens Bank, 525 William Penn Place, Pittsburgh, PA 15219 |
| 14933564 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 06 2023 23:39:00 | Citizens Bank N.A., One Citizens Bank Way, Mailstop: JCA115, Johnston, RI 02919 |
| 14892664 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 06 2023 23:55:17 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14911631 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |

Case 18-23117-GLT   Doc 163   Filed 02/08/23   Entered 02/09/23 00:28:24   Desc
Imaged Certificate of Notice   Page 5 of 7

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 06, 2023 | Form ID: pdf900 | Total Noticed: 47 |

| Recipient ID | Delivery Method | Date/Time | Name/Address |
|---|---|---|---|
| | | Feb 06 2023 23:55:22 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14920390 | Email/PDF: bncnotices@becket-lee.com | Feb 06 2023 23:55:19 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14892667 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 06 2023 23:55:14 | Citibank, Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14930605 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 06 2023 23:55:24 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14892668 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 06 2023 23:55:19 | Citicards, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14895051 | Email/Text: mrdiscen@discover.com | Feb 06 2023 23:39:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14892671 | + Email/Text: mrdiscen@discover.com | Feb 06 2023 23:39:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14927696 | + Email/Text: kburkley@bernsteinlaw.com | Feb 06 2023 23:40:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15082363 | Email/Text: ECMCBKNotices@ecmc.org | Feb 06 2023 23:40:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 551160408 |
| 14925468 | + Email/Text: Bankruptcy@Freedommortgage.com | Feb 06 2023 23:40:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 14892666 | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 06 2023 23:55:16 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14892673 | + Email/Text: PBNCNotifications@peritusservices.com | Feb 06 2023 23:39:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 14921294 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 06 2023 23:55:18 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15127302 | + Email/PDF: ais.midfirst.ebn@aisinfo.com | Feb 06 2023 23:55:12 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 14892675 | + Email/Text: nsm_bk_notices@mrcooper.com | Feb 06 2023 23:40:00 | Mr. Cooper, Attn: Customer Relations, PO Box 619098, Dallas, TX 75261-9098 |
| 14916551 | + Email/Text: nsm_bk_notices@mrcooper.com | Feb 06 2023 23:40:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 15432709 | Email/Text: mtgbk@shellpointmtg.com | Feb 06 2023 23:40:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14912703 | + Email/Text: bncnotifications@pheaa.org | Feb 06 2023 23:40:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14928674 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 06 2023 23:55:19 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14893441 | + Email/PDF: rmscedi@recoverycorp.com | Feb 06 2023 23:55:23 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14921562 | + Email/Text: ebnpeoples@grblaw.com | Feb 06 2023 23:40:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14917447 | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Feb 06 2023 23:55:14 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 14892676 | + Email/PDF: RACBANKRUPTCY@BBANDT.COM | Feb 06 2023 23:55:14 | Regional Acceptance Corporation, P.O. Box 277760, Sacramento, CA 95827-7760 |
| 14892677 | Email/Text: amieg@stcol.com | Feb 06 2023 23:39:00 | State Collection Service Inc, Re: Allegheny Health |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 06, 2023 | Form ID: pdf900 | Total Noticed: 47 |

| Recip ID | Bypass | Delivery | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Network, 2509 S. Stoughton Rd, Madison, WI 53716 |
| 14928983 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 06 2023 23:55:22 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14892678 | + | Email/Text: BankruptcyNotice@upmc.edu | Feb 06 2023 23:40:00 | UPMC, 2 Hot Metal Street, Room 386, Pittsburgh, PA 15203-2348 |
| 14924357 | ^ | MEBN | Feb 06 2023 23:39:44 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14892679 | ^ | MEBN | Feb 06 2023 23:39:04 | Waypoint Resource Group, Re: Comcast Communications Llc, 301 Sundance Pkwy, Round Rock, TX 78681-8004 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ally Bank |
| cr | | Citizens Bank N.A. f/k/a RBS Citizens N.A., Citizens Bank NA |
| cr | | FREEDOM MORTGAGE CORPORATION |
| cr | | MidFirst Bank |
| cr | | Nationstar Mortgage LLC dba Mr. Cooper |
| cr | | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14892665 | *+ | Casey G. Claassen, 116 Conneaut Drive, Pittsburgh, PA 15239-2631 |
| 15082366 | * | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 551160408 |

TOTAL: 6 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 08, 2023        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew L. Spivack | on behalf of Creditor FREEDOM MORTGAGE CORPORATION andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| Brian Nicholas | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bnicholas@kmllawgroup.com |
| Bryan P. Keenan | |

Bryan P. Keenan
   on behalf of Debtor Casey G. Claassen keenan662@gmail.com
   melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com

   on behalf of Joint Debtor Michele L. Claassen keenan662@gmail.com
   melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com

Christopher A. DeNardo
   on behalf of Creditor Nationstar Mortgage LLC dba Mr. Cooper logsecf@logs.com

Jillian Nolan Snider
   on behalf of Creditor Ally Bank jsnider@fbtlaw.com agilbert@fbtlaw.com,agilbert@ecf.courtdrive.com

Keri P. Ebeck
   on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com

Kevin Scott Frankel
   on behalf of Creditor Nationstar Mortgage LLC dba Mr. Cooper pabk@logs.com logsecf@logs.com

Mario J. Hanyon
   on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com
   mario.hanyon@brockandscott.com

Office of the United States Trustee
   ustpregion03.pi.ecf@usdoj.gov

Robert Davidow
   on behalf of Creditor FREEDOM MORTGAGE CORPORATION robert.davidow@phelanhallinan.com

Ronda J. Winnecour
   cmecf@chapter13trusteewdpa.com

S. James Wallace
   on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Sherri J. Smith
   on behalf of Creditor FREEDOM MORTGAGE CORPORATION ssmith@pincuslaw.com brausch@pincuslaw.com

Thomas Song
   on behalf of Creditor FREEDOM MORTGAGE CORPORATION pawb@fedphe.com

TOTAL: 15