**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

02/13/2023

IN RE:

| | |
|---|---|
| CASEY G. CLAASSEN<br>MICHELE L. CLAASSEN<br>116 CONNEAUT DRIVE<br>PITTSBURGH,  PA  15239<br>XXX-XX-5115          Debtor(s)<br><br>XXX-XX-4090 | Case No.18-23117 GLT<br><br>Chapter 13 |

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

2/13/2023

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Credit Info |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br><br>NORFOLK, VA  23541 | Trustee Claim Number:1   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  JCP/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: 3578 |
| **KERI P EBECK ESQ**<br>BERNSTEIN BURKLEY<br>601 GRANT ST 9TH FL<br><br>PITTSBURGH, PA  15219 | Trustee Claim Number:2   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  DUQ LITE/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **LOGS LEGAL GROUP LLP**<br>3600 HORIZON DR STE 150<br><br>KING OF PRUSSIA, PA  19406 | Trustee Claim Number:3   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NATIONSTAR~MR COOPER/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **ALLY BANK(*)**<br>ATTN TRUSTEE PAYMENT CENTER<br>PO BOX 78367<br><br>PHOENIX, AZ  85062-8367 | Trustee Claim Number:4   INT %: 7.50%<br>Court Claim Number:3<br><br>CLAIM:  18,950.00<br>COMMENT:  $/PL-STIP OE-CL@7.5%/PL-STIP OE*W/31 | CRED DESC:  VEHICLE<br>ACCOUNT NO.: 3762 |
| **CITIZENS BANK NA****<br>ONE CITIZENS BANK WAY JCA115<br><br>JOHNSTON, RI  02919 | Trustee Claim Number:5   INT %: 0.00%<br>Court Claim Number:22<br><br>CLAIM:  0.00<br>COMMENT:  PMT/PL*NT STD/CL*231x(71+2)=LMT*$0ARRS/PL-CL*LATE*DK | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 7922 |
| **NEW REZ LLC D/B/A SHELLPOINT MORTGAGE S**<br>PO BOX 10826<br><br>GREENVILLE, SC  29603-0826 | Trustee Claim Number:6   INT %: 0.00%<br>Court Claim Number:16<br><br>CLAIM:  0.00<br>COMMENT:  PMT/DECL-OE*FREEDOM MRTG/PL*DKT4LMT*BGN 9/18*FR FMC-DOC 128 | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 6662 |
| **MIDFIRST BANK SSB***<br>ATTN BANKRUPTCY TRUSTEE PMTS*<br>999 NW GRAND BLVD STE 100<br><br>OKLAHOMA CITY, OK  73118 | Trustee Claim Number:7   INT %: 0.00%<br>Court Claim Number:8<br><br>CLAIM:  0.00<br>COMMENT:  PMT/DECL-OE*DKT4LMT*FR NATIONSTAR-DOC 68*BGN 9/18 | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 5602 |
| **REGIONAL ACCEPTANCE CORP**<br>C/O BB & T - SERVICER<br>PO BOX 1847<br><br>WILSON, NC  27894 | Trustee Claim Number:8   INT %: 6.00%<br>Court Claim Number:9<br><br>CLAIM:  23,707.15<br>COMMENT:  $CL9GOV@6%/CONF*PMT/CONF*NT PROV/PL | CRED DESC:  VEHICLE<br>ACCOUNT NO.: 9788 |
| **ECMC(*)**<br>LOCKBOX #8682<br>PO BOX 16478<br><br>ST PAUL, MN  55116-0478 | Trustee Claim Number:9   INT %: 0.00%<br>Court Claim Number:6<br><br>CLAIM:  2,577.87<br>COMMENT:  0002/SCH*FR KEYSTONE/PHEAA-DOC 59 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 4090 |
| **AES (AMERICAN EDUCATION SRVCS)**<br>1200 N SEVENTH ST 2ND FL*<br>ATTN DDB TEAM<br><br>HARRISBURG, PA  17102 | Trustee Claim Number:10  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  KEYSTONE STAFFORD/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 0003 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **ECMC(*)**<br>LOCKBOX #8682<br>PO BOX 16478<br>ST PAUL, MN 55116-0478 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 953.98<br>COMMENT: 0001/SCH*FR KEYSTONE/PHEAA-DOC 60 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4090 |
| **ALLEGHENY HEALTH NETWORK**<br>PO BOX 645266<br>PITTSBURGH, PA 15264-5266 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **AMERICAN EXPRESS NATIONAL BANK**<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 1,215.37<br>COMMENT: 5133/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1003 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: 19<br>CLAIM: 1,823.85<br>COMMENT: BARCLAYS/JUNIPER | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7401 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 6,086.51<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2946 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 2,992.58<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0926 |
| **CHASE(*)**<br>C/O JPMORGAN CHASE BANK NA<br>PO BOX 15368<br>WILMINGTON, DE 19850 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8327 |
| **CHILDRENS COMMUNITY CARE**<br>103 BRADFORD RD STE 200<br>WEXFORD, PA 15090-5910 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **CITIBANK NA****<br>6716 GRADE LN BLDG 9 STE 910-PY DEPT<br>LOUISVILLE, KY 50325-3439 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: 21-2<br>CLAIM: 1,649.57<br>COMMENT: STAPLES*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2312 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: 13<br>CLAIM: 4,184.75<br>COMMENT: CITIBANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2200 |

| Creditor | Trustee Claim # | INT % | Court Claim # | Claim | Comment | CRED DESC | Account No. |
|---|---|---|---|---|---|---|---|
| COLLECTION SERVICE CENTER INC<br>832 5TH AVE - CORPORATE OFFICE<br>PO BOX 560<br>NEW KENSINGTON, PA 15068 | 21 | 0.00% | | 0.00 | NT ADR~NEW KENSINGTON FIREMENS AMBLNC/SCH | UNSECURED CREDITOR | 4002 |
| DISCOVER BANK(*)<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | 22 | 0.00% | 2 | 8,602.11 | | UNSECURED CREDITOR | 3945 |
| CAPITAL ONE NA**<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | 23 | 0.00% | 12 | 558.00 | KOHLS | UNSECURED CREDITOR | 5533 |
| MED EXPRESS BILLING++<br>POB 719<br>DELLSLOW, WV 26531 | 24 | 0.00% | | 0.00 | | UNSECURED CREDITOR | |
| UPMC HEALTH SERVICES<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440 | 25 | 0.00% | 15 | 188.30 | 4843/SCH | UNSECURED CREDITOR | 5115 |
| WAYPOINT RESOURCE GROUP<br>301 SUNDANCE PKWY<br>ROUND ROCK, TX 78681 | 26 | 0.00% | | 0.00 | COMCAST/SCH | UNSECURED CREDITOR | 4280 |
| WEST PENN ALLEGHENY HEALTH SYS<br>/SCSR WEST PENN HOSPITAL<br>4800 FRIENDSHIP AVE<br>PITTSBURGH, PA 15224 | 27 | 0.00% | | 0.00 | NT ADR/SCH | UNSECURED CREDITOR | 7648 |
| STATE COLLECTION SERVICE INC<br>2509 S STOUGHTON RD<br>PO BOX 6250<br>MADISON, WI 53701 | 28 | 0.00% | | 0.00 | | SPECIAL NOTICE ONLY | |
| CASEY CLAASSEN<br>116 CONNEAUT DR<br>PITTSBURGH, PA 15239 | 29 | 0.00% | | 0.00 | /SCH H | NOTICE ONLY | |
| DISCOVER BANK(*)<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | 30 | 0.00% | 1 | 6,481.30 | ACCT NT/SCH | UNSECURED CREDITOR | 3862 |

Case 18-23117-GLT   Doc 166   Filed 02/13/23   Entered 02/13/23 15:34:45   Desc
Page 6 of 7

CLAIM RECORDS

| Creditor | Claim Info | Creditor Description |
|---|---|---|
| **ALLY BANK(*)**<br>ATTN TRUSTEE PAYMENT CENTER<br>PO BOX 78367<br><br>PHOENIX, AZ  85062-8367 | Trustee Claim Number:31  INT %:  0.00%<br>Court Claim Number:3<br><br>CLAIM:  3,896.42<br>COMMENT:  $ AFT STIP OE-CL*NO GEN UNS/SCH*W/4 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3762 |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br><br>PITTSBURGH, PA  15212 | Trustee Claim Number:32  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  /PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **MIDFIRST BANK SSB***<br>ATTN BANKRUPTCY TRUSTEE PMTS*<br>999 NW GRAND BLVD STE 100<br><br>OKLAHOMA CITY, OK  73118 | Trustee Claim Number:33  INT %:  0.00%<br>Court Claim Number:8<br><br>CLAIM:  411.10<br>COMMENT:  672.24/PL*THRU 8/18*FR NATIONSTAR-DOC 68 | CRED DESC:  MORTGAGE ARR.<br>ACCOUNT NO.:  5602 |
| **NEW REZ LLC D/B/A SHELLPOINT MORTGAGE S**<br>PO BOX 10826<br><br>GREENVILLE, SC  29603-0826 | Trustee Claim Number:34  INT %:  0.00%<br>Court Claim Number:16<br><br>CLAIM:  651.58<br>COMMENT:  $/CL-PL*THRU 8/18*FR FMC-DOC 128 | CRED DESC:  MORTGAGE ARR.<br>ACCOUNT NO.:  6662 |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br><br>PITTSBURGH, PA  15212 | Trustee Claim Number:35  INT %:  0.00%<br>Court Claim Number:14<br><br>CLAIM:  444.00<br>COMMENT:  NT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3995 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br><br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number:36  INT %:  0.00%<br>Court Claim Number:11<br><br>CLAIM:  5,999.53<br>COMMENT:  NUM NT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8298 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br><br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number:37  INT %:  0.00%<br>Court Claim Number:17<br><br>CLAIM:  2,784.32<br>COMMENT:  ACCT NT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4408 |
| **DUQUESNE LIGHT COMPANY(*)**<br>ATTN. LITIGATION COUNSEL<br>411 SEVENTH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA  15219 | Trustee Claim Number:38  INT %:  0.00%<br>Court Claim Number:18<br><br>CLAIM:  682.05<br>COMMENT:  NT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3642 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41031<br><br>NORFOLK, VA  23541 | Trustee Claim Number:39  INT %:  0.00%<br>Court Claim Number:20<br><br>CLAIM:  108.07<br>COMMENT:  NT/SCH*JCP/GEMB | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3578 |
| **PHELAN HALLINAN DIAMOND & JONES LLP**<br>C/O PMB SSS ACQUISITION<br>PO BOX 8990<br><br>TURNERSVILLE, NJ  08012-8990 | Trustee Claim Number:40  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  FREEDOM MORT/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |

| CLAIM RECORDS | | |
|---|---|---|
| **KML LAW GROUP PC*** | Trustee Claim Number:41  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| 701 MARKET ST STE 5000 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT:  FREEDOM MORT/PRAE | |
| **MARIO HANYON ESQ** | Trustee Claim Number:42  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| BROCK & SCOTT PLLC | Court Claim Number: | ACCOUNT NO.: |
| 302 FELLOWSHIP RD STE 130 | | |
| | CLAIM:  0.00 | |
| MT LAUREL, NJ  08054 | COMMENT:  FREEDOM MORT/PRAE | |
| **AIS PORTFOLIO SERVICES (AMERICAN INFO SC** | Trustee Claim Number:43  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| ATTN BANKRUPTCY NOTICING | Court Claim Number: | ACCOUNT NO.: |
| 4515 N SANTA FE AVE DEPT APS | | |
| | CLAIM:  0.00 | |
| OKLAHOMA CITY, OK  73118 | COMMENT:  ALLY BANK/PRAE | |