# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA
### (PITTSBURGH)

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| Casey G. Claassen | CASE NO.: 18-23117-GLT |
| Michele L. Claassen aka Michele L. Bonazza | |
| Debtor(s). | |

## NOTICE OF ENTRY OF APPEARANCE
## AND DEMAND FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE that NewRez LLC dba Shellpoint Mortgage Servicing ("NewRez"), secured creditor to the above entitled Debtors by and through its undersigned counsel, hereby enters its appearance pursuant to Bankruptcy Rule 9010(b); and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3007 and 9007 and Section 342 of the Bankruptcy Code, that copies of all notices and pleadings given of filed in the above-captioned case be given and served upon the undersigned at the following addresses and telephone/facsimile numbers:

>Kaitlin D. Shire, Esq.
>Hill Wallack LLP
>1000 Floral Vale Blvd., Suite 300
>Yardley, PA 19067
>Telephone: 267-794-6113
>Facsimile: 215-579-9248
>Email: kshire@hillwallack.com

PLEASE TAKE FURTHER NOTICE that neither this Notice of Entry of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive

NewRez LLC dba Shellpoint Mortgage Servicing (i) right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which NewRez LLC dba Shellpoint Mortgage Servicing is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: March 13, 2024                                         Hill Wallack LLP

By: */s/ Kaitlin D. Shire*
Kaitlin D. Shire, Esq.
Hill Wallack LLP
1000 Floral Vale Blvd., Suite 300
Yardley, PA 19067
Telephone: 267-794-6113
Facsimile: 215-579-9248
Email: kshire@hillwallack.com

Counsel to NewRez LLC
dba Shellpoint Mortgage Servicing

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA
### (PITTSBURGH)

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| Casey G. Claassen | CASE NO.: 18-23117-GLT |
| Michele L. Claassen aka Michele L. Bonazza | |
| Debtor(s) | |

## CERTIFICATE OF SERVICE

I hereby certify that service was made upon all interested parties, indicated below of (i) Notice of Appearance of NewRez LLC dba Shellpoint Mortgage Servicing in the manner indicated below on March 13, 2024:

Casey G. Claassen
116 Conneaut Drive
Pittsburgh, PA 15239

Michele L. Claassen
116 Conneaut Drive
Pittsburgh, PA 15239
**Debtors**
**Via Regular Mail**

Bryan P. Keenan
993 Greentree Road
Suite 200
Pittsburgh, PA 15220
**Counsel for Debtor**
**Via ECF**

Office of the U.S. Trustee
1000 Liberty Avenue
Suite 1316
Pittsburgh, PA 15222
**United States Trustee**
**Via ECF**

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
**Chapter 13 Trustee**
**Via ECF**

*By: /s/ Katilin D. Shire*
Kaitlin D. Shire, Esq.,
Attorney ID 324226
Hill Wallack, LLP
1000 Floral Vale Blvd., Suite 300
Yardley, PA 19067
Telephone: (267) 794-6113
Facsimile: (215) 579-9248
Email: kshire@hillwallack.com