IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| Casey G. Claassen and Michele L. Claassen aka Michele L. Bonazza, | § § § § § | CASE NO. 18-23117-GLT<br><br>CHAPTER 13 |
| Debtors. | | |

## RESPONSE TO INTERIM NOTICE OF CURE OF ARREARS

TO THE HONORABLE CHIEF JUDGE GREGORY L. TADDONIO:

COMES NOW, NewRez LLC d/b/a Shellpoint Mortgage Servicing (the "Creditor"), hereby files its Response to the Interim Notice of Cure of Arrears (the "Notice") filed on March 7, 2024 (Doc 177), and responds as follows:

### PRE-PETITION MORTGAGE ARREARAGE

1. The Creditor states that its pre-petition arrearage claim (Claim #16 filed October 4, 2018) has been satisfied.

### POST-PETITION MORTGAGE PAYMENTS

2. The Creditor states that the post-petition payments made by the trustee are current. The debtor is currently due for April 1, 2024.

                                        Respectfully submitted,
                                        HILL WALLACK LLP
                                        Attorneys for Creditor

                                        */s/ Kaitlin D. Shire*
                                        Kaitlin D. Shire
                                        1000 Floral Vale Boulevard
                                        Suite 300
                                        Yardley, PA 19067
                                        215-579-7700
                                        kshire@hillwallack.com

## CERTIFICATE OF SERVICE

  I hereby certify that a copy of this Response was served on the persons listed below, in the manner listed below on March 28, 2024.

                */s/ Kaitlin D. Shire*
                Kaitlin D. Shire

Via Pre-Paid U.S. Mail:

Casey G. Claassen
116 Conneaut Drive
Pittsburgh, PA 15239
***Debtor***

Michele L. Claassen aka Michele L. Bonazza
116 Conneaut Drive
Pittsburgh, PA 15239
***Joint Debtor***

Via ECF:

Bryan P. Keenan
993 Greentree Road
Suite 200
Pittsburgh, PA 15220
***Debtors' Attorney***

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Suite 3250 US Steel TWR
Pittsburgh, PA 15219
***Trustee***