## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | ) | **Bankruptcy No. 18-23117-GLT** |
| **Casey G. Claassen** | ) | **Chapter 13** |
| **Michele L. Claassen** | ) | **Doc No. __** |
|    **Debtor** | ) | **Response Due: 7/9/2024** |
| **Bryan Keenan, Esquire** | ) | **Hearing date: 7/17/2024** |
|    **APPLICANT** | ) | **at 1:30 p.m.** |
| **vs.** | ) | |
|    **No Respondent(s)** | ) | |

## CERTIFICATION OF NO OBJECTION ON
## AMENDED APPLICATION OF BRYAN P. KEENAN, ESQUIRE FOR
## FINAL COMPENSATION AND REIMBURSEMENT
## OF EXPENSES AS COUNSEL FOR THE DEBTOR

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading one the Amended Application filed on **June 25, 2024** has been received. The initial fee application was filed on June 20, 2024. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Hearing, objections to the Application were to be filed and served no later than **July 9, 2024.**

It is hereby respectfully requested that the Order attached to the Application be entered by the Court.

**Date: July 10, 2024**                                              **/s/ Bryan P. Keenan**
                                                                                            **Bryan P. Keenan, PA ID No. 89053**
                                                                                            **Bryan P. Keenan & Associates P.C.**
                                                                                            **Attorney for Debtor**
                                                                                            **993 Greentree Road, Suite 201**
                                                                                            **Pittsburgh, PA 15220**
                                                                                            **(412) 922-5116**
                                                                                            keenan662@gmail.com