FILED
7/10/24 1:53 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 18-23117-GLT |
| Casey G. Claassen | ) | Chapter 13 |
| Michele L. Claassen | ) | Doc No. __ |
| Debtor | ) | Response Due: 7/9/2024 |
| Bryan Keenan, Esquire | ) | Hearing date: 7/17/2024 |
| APPLICANT | ) | at 1:30 p.m. |
| vs. | ) | |
| No Respondent(s) | ) | Related to Docket No. 183 |

### AMENDED ORDER OF COURT

AND NOW, to-wit, this  10th Day of July , 2024, upon consideration of the Application of Bryan Keenan, Esquire for **Final** Compensation and Reimbursement of Expenses as Counsel for the Debtors, it is hereby ORDERED that fees and expenses be approved for their services rendered and expenses incurred for the period from August 2, 2018 through June 21, 2024 in the total amount of $7,000.00 of  which represents $6,383.24 in attorney fees and $616.76 in costs.

Counsel for the debtor has previously received $4,500.00, which represents $4,000.00 for fees and $500.00 for expenses incurred, which shall be deducted form the total approved fees and costs.

**IT IS FURTHER ORDERED** that the remaining balance of $2,500.00 shall be paid by the Chapter 13 Trustee.

The Clerk Shall Record the total award of compensation in the amount of $7,000 which includes $6,383.24 in fees and $616.76 in expenses.

BY THE COURT

_____
Chief Judge Gregory L. Taddonio
UNITED STATES BANKRUPTCY JUDGE

dmh

### ENTERED BY DEFAULT

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-23117-GLT |
| Casey G. Claassen | Chapter 13 |
| Michele L. Claassen | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jul 10, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Casey G. Claassen, Michele L. Claassen, 116 Conneaut Drive, Pittsburgh, PA 15239-2631 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew L. Spivack | on behalf of Creditor FREEDOM MORTGAGE CORPORATION andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| Bryan P. Keenan | on behalf of Joint Debtor Michele L. Claassen keenan662@gmail.com melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com |
| Bryan P. Keenan | on behalf of Debtor Casey G. Claassen keenan662@gmail.com melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com |
| Christopher A. DeNardo | on behalf of Creditor Nationstar Mortgage LLC dba Mr. Cooper logsecf@logs.com |
| Denise Carlon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION dcarlon@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Jul 10, 2024 | Form ID: pdf900 | Total Noticed: 1 |

Jillian Nolan Snider
    on behalf of Creditor Ally Bank jsnider@fbtlaw.com rmccartney@fbtlaw.com

Kaitlin Shire
    on behalf of Creditor NewRez LLC dba Shellpoint Mortgage Servicing c/o Hill Wallack LLP kshire@hillwallack.com
    lharkins@ecf.courtdrive.com;hwbknj@hillwallack.com;aemberger@ecf.courtdrive.com

Kaitlin Shire
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing kshire@hillwallack.com
    lharkins@ecf.courtdrive.com;hwbknj@hillwallack.com;aemberger@ecf.courtdrive.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
    btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Kevin Scott Frankel
    on behalf of Creditor Nationstar Mortgage LLC dba Mr. Cooper pabk@logs.com logsecf@logs.com

Mario J. Hanyon
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com
    mario.hanyon@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Robert Davidow
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION robert.davidow@phelanhallinan.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Sherri J. Smith
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION ssmith@pincuslaw.com amautz@pincuslaw.com

Thomas Song
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION pawb@fedphe.com

TOTAL: 17