IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | ) | **Bankruptcy No. 18-23117-GLT** |
| **Casey G. Claassen** | ) | **Chapter 13** |
| **Michele L. Claassen, aka Michele L. Bonazza** | ) | **Document No. \_\_\_\_** |
| **Debtor** | ) | |
| **Casey G. Claassen** | ) | |
| **Michele L. Claassen, aka Michele L. Bonazza** | ) | |
| **Movant** | ) | |
| **Vs** | ) | |
| **No. Respondent(s)** | ) | |

### DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. Include whichever one of the two following statements applies:

    **XX The Debtors are not required to pay any Domestic Support Obligations**

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On, **November 26, 2018** at docket number **41,** the Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

    This Certification is being signed under penalty of perjury by **undersigned Counsel duly questioned the Debtors about the statements in this Certification and verified the answers in support of this Certification.]**

Dated: **July 23, 2024**                                   /s/Bryan P. Keenan
                                                                        Bryan P. Keenan, PA ID # 89053
                                                                        Bryan P. Keenan & Associates, P.C.
                                                                        **Attorneys for Debtor**
                                                                        993 Greentree Road, Suite 101
                                                                        Pittsburgh, PA 15220
                                                                        (412)-922-5116
                                                                        keenan662@gmail.com