Form 604

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Casey G. Claassen** | : | Case No. 18−23117−GLT |
| **Michele L. Claassen** | : | Chapter: 13 |
| **aka Michele L. Bonazza** | : | |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | Related to Document No. 197 |
| | : | |
| v. | : | Hearing Date: 10/30/24 at 11:00 AM |
| **No Respondents** | : | |
| *Respondent(s).* | : | |
| | : | |

<u>ORDER SCHEDULING DATE
FOR RESPONSE AND HEARING ON MOTION</u>

      *AND NOW,* this ***The 26th of August, 2024***, a ***Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements*** (the "Motion") having been filed at Doc. No. 197 by the Chapter 13 Trustee,

      It is hereby **ORDERED, ADJUDGED** *and* **DECREED** that:

      (1)  ***On or before October 10, 2024***, any ***Response***, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

      (2)  This Motion is scheduled for hearing on ***October 30, 2024 at 11:00 AM*** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

      (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court ***may*** determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.*** In the event a default order has been signed, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties are ***required*** to appear at the hearing.

      (4)  Once the Motion is approved, if either the Debtor's ***Certificate of Discharge Eligibility*** or ***Certificate of Financial Management*** is not timely filed, *the case is **SUBJECT TO CLOSURE WITHOUT A DISCHARGE*** *without further notice or hearing.*

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-23117-GLT |
| Casey G. Claassen | Chapter 13 |
| Michele L. Claassen | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Aug 26, 2024 | Form ID: 604 | Total Noticed: 49 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^          Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Casey G. Claassen, Michele L. Claassen, 116 Conneaut Drive, Pittsburgh, PA 15239-2631 |
| cr | + | NewRez LLC dba Shellpoint Mortgage Servicing c/o H, Hill Wallack LLP, 1000 Floral Vale Blvd., Suite 300, Yardley, PA 19067-5569 |
| 14892730 | | Children's Express Care, PO Box 360371, Pittsburgh, PA 15251-6371 |
| 14892672 | | Freedom Mortgage, PO Box 89486, Cleveland, IN 46520-9486 |
| 14892674 | + | Medexpress Billing, PO Box 719, Dellslow, WV 26531-0719 |
| 14892680 | + | West Penn Allegheny Health System, PO Box 6770, Pittsburgh, PA 15212-0770 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 27 2024 00:08:56 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 27 2024 00:09:44 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 26 2024 23:59:00 | Citizens Bank N.A., One Citizens Bank Way JCA115, Johnston, RI 02919 |
| cr | | Email/Text: ECMCBKNotices@ecmc.org | Aug 27 2024 00:00:00 | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408 |
| 14892659 | + | Email/Text: bncnotifications@pheaa.org | Aug 26 2024 23:59:00 | Aes/keystone Stafford, Pob 61047, Harrisburg, PA 17106-1047 |
| 14892660 | ^ | MEBN | Aug 26 2024 23:42:20 | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 14895982 | | Email/Text: ally@ebn.phinsolutions.com | Aug 26 2024 23:59:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14892661 | + | Email/Text: ally@ebn.phinsolutions.com | Aug 26 2024 23:59:00 | Ally Financial, Attn: Bankruptcy, Po Box 130424, Roseville, MN 55113-0004 |
| 14911096 | | Email/PDF: bncnotices@becket-lee.com | Aug 27 2024 00:09:23 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14892662 | + | Email/PDF: bncnotices@becket-lee.com | Aug 27 2024 00:08:54 | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 14892663 | + | Email/Text: BarclaysBankDelaware@tsico.com | Aug 26 2024 23:59:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 14892669 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 26 2024 23:59:00 | Citizens Bank, 525 William Penn Place, Pittsburgh, PA 15219 |
| 14933564 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 26 2024 23:59:00 | Citizens Bank N.A., One Citizens Bank Way, |

| Recip ID | | Notice Type / Address | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Mailstop: JCA115, Johnston, RI 02919 |
| 14892664 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 27 2024 00:09:43 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14911631 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 27 2024 00:09:51 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14920390 | | Email/PDF: bncnotices@becket-lee.com | Aug 26 2024 23:53:52 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14892667 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 27 2024 00:09:05 | Citibank, Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14930605 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 26 2024 23:53:10 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14892668 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 27 2024 00:08:38 | Citicards, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14892670 | ^ | MEBN | Aug 26 2024 23:42:17 | Collection Service Center, RE: New Ken Firemens Ambulance, 839 5th Avenue, PO Box 560, New Kensington, PA 15068-0560 |
| 14895051 | | Email/Text: mrdiscen@discover.com | Aug 26 2024 23:59:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14892671 | + | Email/Text: mrdiscen@discover.com | Aug 26 2024 23:59:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14927696 | + | Email/Text: kburkley@bernsteinlaw.com | Aug 27 2024 00:00:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15082363 | | Email/Text: ECMCBKNotices@ecmc.org | Aug 27 2024 00:00:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 551160408 |
| 14925468 | + | Email/Text: Bankruptcy@Freedommortgage.com | Aug 26 2024 23:59:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 14892666 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 27 2024 00:09:17 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14892673 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 26 2024 23:59:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 14921294 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 27 2024 00:08:33 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15127302 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Aug 26 2024 23:53:49 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 14892675 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 26 2024 23:59:00 | Mr. Cooper, Attn: Customer Relations, PO Box 619098, Dallas, TX 75261-9098 |
| 14916551 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 26 2024 23:59:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 15432709 | | Email/Text: mtgbk@shellpointmtg.com | Aug 26 2024 23:59:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14912703 | + | Email/Text: bncnotifications@pheaa.org | Aug 26 2024 23:59:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14928674 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 27 2024 00:08:33 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14893441 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 26 2024 23:53:06 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14921562 | + | Email/Text: ebnpeoples@grblaw.com | Aug 26 2024 23:59:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 26, 2024 | Form ID: 604 | Total Noticed: 49 |

| | | | | |
|---|---|---|---|---|
| | | | | PA 15233-1828 |
| 14917447 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Aug 27 2024 00:08:33 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 14892676 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Aug 27 2024 00:08:33 | Regional Acceptance Corporation, P.O. Box 277760, Sacramento, CA 95827-7760 |
| 14892677 | | Email/Text: amieg@stcol.com | Aug 26 2024 23:59:00 | State Collection Service Inc, Re: Allegheny Health Network, 2509 S. Stoughton Rd, Madison, WI 53716 |
| 14928983 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 26 2024 23:53:10 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N. Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14892678 | + | Email/Text: BankruptcyNotice@upmc.edu | Aug 27 2024 00:00:00 | UPMC, 2 Hot Metal Street, Room 386, Pittsburgh, PA 15203-2348 |
| 14924357 | | Email/Text: BNCnotices@dcmservices.com | Aug 26 2024 23:59:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14892679 | ^ | MEBN | Aug 26 2024 23:41:54 | Waypoint Resource Group, Re: Comcast Communications Llc, 301 Sundance Pkwy, Round Rock, TX 78681-8004 |

TOTAL: 43

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ally Bank |
| cr | | Citizens Bank N.A. f/k/a RBS Citizens N.A., Citizens Bank NA |
| cr | | FREEDOM MORTGAGE CORPORATION |
| cr | | MidFirst Bank |
| cr | | Nationstar Mortgage LLC dba Mr. Cooper |
| cr | | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14892665 | *+ | Casey G. Claassen, 116 Conneaut Drive, Pittsburgh, PA 15239-2631 |
| 15082366 | * | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 551160408 |

TOTAL: 6 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 28, 2024           Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2024 at the address(es) listed

District/off: 0315-2     User: auto     Page 4 of 4
Date Rcvd: Aug 26, 2024     Form ID: 604     Total Noticed: 49

**below:**

| Name | Email Address |
|---|---|
| Andrew L. Spivack | on behalf of Creditor FREEDOM MORTGAGE CORPORATION andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| Bryan P. Keenan | on behalf of Debtor Casey G. Claassen keenan662@gmail.com melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com |
| Bryan P. Keenan | on behalf of Joint Debtor Michele L. Claassen keenan662@gmail.com melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com |
| Christopher A. DeNardo | on behalf of Creditor Nationstar Mortgage LLC dba Mr. Cooper logsecf@logs.com |
| Denise Carlon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION dcarlon@kmllawgroup.com |
| Jillian Nolan Snider | on behalf of Creditor Ally Bank jsnider@fbtlaw.com  rmccartney@fbtlaw.com |
| Kaitlin Shire | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing kshire@hillwallack.com lharkins@ecf.courtdrive.com;hwbknj@hillwallack.com;aemberger@ecf.courtdrive.com |
| Kaitlin Shire | on behalf of Creditor NewRez LLC dba Shellpoint Mortgage Servicing c/o Hill Wallack LLP kshire@hillwallack.com lharkins@ecf.courtdrive.com;hwbknj@hillwallack.com;aemberger@ecf.courtdrive.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Kevin Scott Frankel | on behalf of Creditor Nationstar Mortgage LLC dba Mr. Cooper pabk@logs.com  logsecf@logs.com |
| Mario J. Hanyon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert Davidow | on behalf of Creditor FREEDOM MORTGAGE CORPORATION robert.davidow@phelanhallinan.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Sherri J. Smith | on behalf of Creditor FREEDOM MORTGAGE CORPORATION ssmith@pincuslaw.com  amautz@pincuslaw.com |
| Thomas Song | on behalf of Creditor FREEDOM MORTGAGE CORPORATION pawb@fedphe.com |

TOTAL: 17