**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>CASEY G. CLAASSEN<br>MICHELE L. CLAASSEN<br>   Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>   Movant<br>  vs.<br>No Respondents. | Case No.:18-23117<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

August 26, 2024

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 08/03/2018 and confirmed on 9/28/18. The case was subsequently Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 245,161.14 |
| Less Refunds to Debtor | 3,415.15 | |
| TOTAL AMOUNT OF PLAN FUND | | 241,745.99 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 5,200.00 | |
|   Trustee Fee | 11,482.52 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 16,682.52 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   CITIZENS BANK NA | 0.00 | 16,863.00 | 0.00 | 16,863.00 |
|     Acct: 7922 | | | | |
|   NEW REZ LLC D/B/A SHELLPOINT MORTG | 0.00 | 100,444.33 | 0.00 | 100,444.33 |
|     Acct: 6662 | | | | |
|   MIDFIRST BANK SSB* | 0.00 | 51,572.97 | 0.00 | 51,572.97 |
|     Acct: 5602 | | | | |
|   MIDFIRST BANK SSB* | 411.10 | 411.10 | 0.00 | 411.10 |
|     Acct: 5602 | | | | |
|   NEW REZ LLC D/B/A SHELLPOINT MORTG | 651.58 | 651.58 | 0.00 | 651.58 |
|     Acct: 6662 | | | | |
|   ALLY BANK(*) | 18,950.00 | 18,950.00 | 4,617.72 | 23,567.72 |
|     Acct: 3762 | | | | |
|   REGIONAL ACCEPTANCE CORP | 23,707.15 | 23,707.15 | 4,145.38 | 27,852.53 |
|     Acct: 9788 | | | | |
| | | | | 221,363.23 |
| **Priority** | | | | |
|   BRYAN P KEENAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CASEY G. CLAASSEN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CASEY G. CLAASSEN | 3,415.15 | 3,415.15 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BRYAN P KEENAN & ASSOCIATES PC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BRYAN P KEENAN & ASSOCIATES PC | 2,700.00 | 2,700.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BRYAN P KEENAN & ASSOCIATES PC | 2,500.00 | 2,500.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXXXXX1-24 | | | | |
| | \*\*\*NONE\*\*\* | | | |
| **Unsecured** | | | | |
|   ECMC(*) | 2,577.87 | 186.20 | 0.00 | 186.20 |
|     Acct: 4090 | | | | |
|   AES (AMERICAN EDUCATION SRVCS) | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 0003 | | | | |
| | ECMC(*) | 953.98 | 68.91 | 0.00 | 68.91 |
| | Acct: 4090 | | | | |
| | ALLEGHENY HEALTH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | AMERICAN EXPRESS NATIONAL BANK | 1,215.37 | 87.79 | 0.00 | 87.79 |
| | Acct: 1003 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES LLC | 1,823.85 | 131.74 | 0.00 | 131.74 |
| | Acct: 7401 | | | | |
| | CAPITAL ONE BANK (USA) NA BY AMERIC | 6,086.51 | 439.63 | 0.00 | 439.63 |
| | Acct: 2946 | | | | |
| | CAPITAL ONE BANK (USA) NA BY AMERIC | 2,992.58 | 216.15 | 0.00 | 216.15 |
| | Acct: 0926 | | | | |
| | CHASE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8327 | | | | |
| | CHILDRENS COMMUNITY CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CITIBANK NA** | 1,649.57 | 119.15 | 0.00 | 119.15 |
| | Acct: 2312 | | | | |
| | LVNV FUNDING LLC, ASSIGNEE | 4,184.75 | 302.26 | 0.00 | 302.26 |
| | Acct: 2200 | | | | |
| | COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4002 | | | | |
| | DISCOVER BANK(*) | 8,602.11 | 621.33 | 0.00 | 621.33 |
| | Acct: 3945 | | | | |
| | CAPITAL ONE NA** | 558.00 | 40.30 | 0.00 | 40.30 |
| | Acct: 5533 | | | | |
| | MED EXPRESS BILLING++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | UPMC HEALTH SERVICES | 188.30 | 13.60 | 0.00 | 13.60 |
| | Acct: 5115 | | | | |
| | WAYPOINT RESOURCE GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4280 | | | | |
| | WEST PENN ALLEGHENY HEALTH SYS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7648 | | | | |
| | DISCOVER BANK(*) | 6,481.30 | 468.14 | 0.00 | 468.14 |
| | Acct: 3862 | | | | |
| | ALLY BANK(*) | 3,896.42 | 281.44 | 0.00 | 281.44 |
| | Acct: 3762 | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 444.00 | 32.07 | 0.00 | 32.07 |
| | Acct: 3995 | | | | |
| | CAPITAL ONE BANK (USA) NA BY AMERIC | 5,999.53 | 433.35 | 0.00 | 433.35 |
| | Acct: 8298 | | | | |
| | CAPITAL ONE BANK (USA) NA BY AMERIC | 2,784.32 | 201.11 | 0.00 | 201.11 |
| | Acct: 4408 | | | | |
| | DUQUESNE LIGHT COMPANY(*) | 682.05 | 49.26 | 0.00 | 49.26 |
| | Acct: 3642 | | | | |
| | SYNCHRONY BANK BY AIS INFOSOURCE | 108.07 | 7.81 | 0.00 | 7.81 |
| | Acct: 3578 | | | | |
| | SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3578 | | | | |
| | KERI P EBECK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | LOGS LEGAL GROUP LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CASEY CLAASSEN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MARIO HANYON ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | STATE COLLECTION SERVICE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | | |

3,700.24

TOTAL PAID TO CREDITORS                                                                       225,063.47

TOTAL CLAIMED
PRIORITY            0.00
SECURED        43,719.83
UNSECURED      51,228.58

Date: 08/26/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
CASEY G. CLAASSEN
MICHELE L. CLAASSEN
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:18-23117

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-23117-GLT |
| Casey G. Claassen | Chapter 13 |
| Michele L. Claassen | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Aug 26, 2024 | Form ID: pdf900 | Total Noticed: 49 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^          Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Casey G. Claassen, Michele L. Claassen, 116 Conneaut Drive, Pittsburgh, PA 15239-2631 |
| cr | + | NewRez LLC dba Shellpoint Mortgage Servicing c/o H, Hill Wallack LLP, 1000 Floral Vale Blvd., Suite 300, Yardley, PA 19067-5569 |
| 14892730 | | Children's Express Care, PO Box 360371, Pittsburgh, PA 15251-6371 |
| 14892672 | | Freedom Mortgage, PO Box 89486, Cleveland, IN 46520-9486 |
| 14892674 | + | Medexpress Billing, PO Box 719, Dellslow, WV 26531-0719 |
| 14892680 | + | West Penn Allegheny Health System, PO Box 6770, Pittsburgh, PA 15212-0770 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 27 2024 00:09:37 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 27 2024 00:20:15 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 26 2024 23:59:00 | Citizens Bank N.A., One Citizens Bank Way JCA115, Johnston, RI 02919 |
| cr | | Email/Text: ECMCBKNotices@ecmc.org | Aug 27 2024 00:00:00 | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408 |
| 14892659 | + | Email/Text: bncnotifications@pheaa.org | Aug 26 2024 23:59:00 | Aes/keystone Stafford, Pob 61047, Harrisburg, PA 17106-1047 |
| 14892660 | ^ | MEBN | Aug 26 2024 23:42:21 | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 14895982 | | Email/Text: ally@ebn.phinsolutions.com | Aug 26 2024 23:59:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14892661 | + | Email/Text: ally@ebn.phinsolutions.com | Aug 26 2024 23:59:00 | Ally Financial, Attn: Bankruptcy, Po Box 130424, Roseville, MN 55113-0004 |
| 14911096 | | Email/PDF: bncnotices@becket-lee.com | Aug 26 2024 23:53:52 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14892662 | + | Email/PDF: bncnotices@becket-lee.com | Aug 27 2024 00:08:33 | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 14892663 | + | Email/Text: BarclaysBankDelaware@tsico.com | Aug 26 2024 23:59:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 14892669 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 26 2024 23:59:00 | Citizens Bank, 525 William Penn Place, Pittsburgh, PA 15219 |
| 14933564 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 26 2024 23:59:00 | Citizens Bank N.A., One Citizens Bank Way, |

Case 18-23117-GLT   Doc 200   Filed 08/28/24   Entered 08/29/24 00:28:55   Desc
Imaged Certificate of Notice   Page 7 of 9

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 26, 2024 | Form ID: pdf900 | Total Noticed: 49 |

| | | | | |
|---|---|---|---|---|
| | | | | Mailstop: JCA115, Johnston, RI 02919 |
| 14892664 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 27 2024 00:08:42 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14911631 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 27 2024 00:08:32 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14920390 | | Email/PDF: bncnotices@becket-lee.com | Aug 27 2024 00:33:09 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14892667 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 26 2024 23:53:51 | Citibank, Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14930605 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 26 2024 23:53:51 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14892668 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 27 2024 00:09:21 | Citicards, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14892670 | ^ | MEBN | Aug 26 2024 23:42:17 | Collection Service Center, RE: New Ken Firemens Ambulance, 839 5th Avenue, PO Box 560, New Kensington, PA 15068-0560 |
| 14895051 | | Email/Text: mrdiscen@discover.com | Aug 26 2024 23:59:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14892671 | + | Email/Text: mrdiscen@discover.com | Aug 26 2024 23:59:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14927696 | + | Email/Text: kburkley@bernsteinlaw.com | Aug 27 2024 00:00:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15082363 | | Email/Text: ECMCBKNotices@ecmc.org | Aug 27 2024 00:00:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 551160408 |
| 14925468 | + | Email/Text: Bankruptcy@Freedommortgage.com | Aug 26 2024 23:59:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 14892666 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 27 2024 00:09:46 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14892673 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 26 2024 23:59:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 14921294 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 26 2024 23:53:51 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15127302 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Aug 27 2024 00:09:43 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 14892675 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 26 2024 23:59:00 | Mr. Cooper, Attn: Customer Relations, PO Box 619098, Dallas, TX 75261-9098 |
| 14916551 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 26 2024 23:59:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 15432709 | | Email/Text: mtgbk@shellpointmtg.com | Aug 26 2024 23:59:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14912703 | + | Email/Text: bncnotifications@pheaa.org | Aug 26 2024 23:59:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14928674 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 27 2024 00:08:33 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14893441 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 26 2024 23:53:51 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14921562 | + | Email/Text: ebnpeoples@grblaw.com | Aug 26 2024 23:59:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | PA 15233-1828 |
| 14917447 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Aug 27 2024 00:08:33 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 14892676 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Aug 27 2024 00:08:33 | Regional Acceptance Corporation, P.O. Box 277760, Sacramento, CA 95827-7760 |
| 14892677 | | Email/Text: amieg@stcol.com | Aug 26 2024 23:59:00 | State Collection Service Inc, Re: Allegheny Health Network, 2509 S. Stoughton Rd, Madison, WI 53716 |
| 14928983 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 27 2024 00:08:32 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N. Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14892678 | + | Email/Text: BankruptcyNotice@upmc.edu | Aug 27 2024 00:00:00 | UPMC, 2 Hot Metal Street, Room 386, Pittsburgh, PA 15203-2348 |
| 14924357 | | Email/Text: BNCnotices@dcmservices.com | Aug 26 2024 23:59:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14892679 | ^ | MEBN | Aug 26 2024 23:41:55 | Waypoint Resource Group, Re: Comcast Communications Llc, 301 Sundance Pkwy, Round Rock, TX 78681-8004 |

TOTAL: 43

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ally Bank |
| cr | | Citizens Bank N.A. f/k/a RBS Citizens N.A., Citizens Bank NA |
| cr | | FREEDOM MORTGAGE CORPORATION |
| cr | | MidFirst Bank |
| cr | | Nationstar Mortgage LLC dba Mr. Cooper |
| cr | | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14892665 | *+ | Casey G. Claassen, 116 Conneaut Drive, Pittsburgh, PA 15239-2631 |
| 15082366 | * | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 551160408 |

TOTAL: 6 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 28, 2024         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2024 at the address(es) listed

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Aug 26, 2024 | Form ID: pdf900 | Total Noticed: 49 |

below:

| Name | Email Address |
|---|---|
| Andrew L. Spivack | on behalf of Creditor FREEDOM MORTGAGE CORPORATION andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| Bryan P. Keenan | on behalf of Debtor Casey G. Claassen keenan662@gmail.com melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com |
| Bryan P. Keenan | on behalf of Joint Debtor Michele L. Claassen keenan662@gmail.com melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com |
| Christopher A. DeNardo | on behalf of Creditor Nationstar Mortgage LLC dba Mr. Cooper logsecf@logs.com |
| Denise Carlon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION dcarlon@kmllawgroup.com |
| Jillian Nolan Snider | on behalf of Creditor Ally Bank jsnider@fbtlaw.com rmccartney@fbtlaw.com |
| Kaitlin Shire | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing kshire@hillwallack.com lharkins@ecf.courtdrive.com;hwbknj@hillwallack.com;aemberger@ecf.courtdrive.com |
| Kaitlin Shire | on behalf of Creditor NewRez LLC dba Shellpoint Mortgage Servicing c/o Hill Wallack LLP kshire@hillwallack.com lharkins@ecf.courtdrive.com;hwbknj@hillwallack.com;aemberger@ecf.courtdrive.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Kevin Scott Frankel | on behalf of Creditor Nationstar Mortgage LLC dba Mr. Cooper pabk@logs.com logsecf@logs.com |
| Mario J. Hanyon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert Davidow | on behalf of Creditor FREEDOM MORTGAGE CORPORATION robert.davidow@phelanhallinan.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Sherri J. Smith | on behalf of Creditor FREEDOM MORTGAGE CORPORATION ssmith@pincuslaw.com amautz@pincuslaw.com |
| Thomas Song | on behalf of Creditor FREEDOM MORTGAGE CORPORATION pawb@fedphe.com |

TOTAL: 17